# EXHIBIT C

## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Re: 14 114 E 00661 10
    AAMCO Transmissions, Inc.                   (Claimant)
    and
    David L. Borneman                       (Respondent)

### AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties dated January 29, 2003, and having been duly sworn, and having duly heard the proofs and allegations of the Claimant, and the Respondent having failed to appear after due notice by mail in accordance with the Rules of the American Arbitration Association, and Claimant having made a motion to amend its claim and the Arbitrator having agreed to consider same, do hereby AWARD as follows:

1. Respondent shall pay to Claimant the sum of Eighty-One Thousand Sixty-Three Dollars and Sixty-Eight Cents ($81,063.68), itemized as follows:
    (a) Fifty-Six Thousand Eight Hundred Seventy-Eight Dollars and Forty-Seven Cents ($56,878.47) for Claimant's underlying claim on its own behalf;
    (b) Nine Thousand Four Hundred Eighty-Five Dollars and Twenty-One Cents ($9,485.21) for pre-Award interest thereon;
    (c) Nine Thousand Six Hundred Dollars ($9,600.00) to Claimant as collection agent for the San Diego AAMCO Dealers Cooperative Assn, Inc.; and
    (d) Five Thousand One Hundred Dollars ($5,100.00) for Claimant's attorneys' fees.

2. Respondent shall pay to Claimant post-Award interest on the above sum at the rate of eighteen percent (18%) per annum from the date of this Award, until paid in full.

3. The administrative fees of the American Arbitration Association totaling $1,425.00 and the compensation of the arbitrator totaling $900.00 shall be borne by Respondent. Therefore, Respondent shall reimburse Claimant the sum of $2,325.00, representing that portion of said fees in excess of the apportioned costs previously incurred by Claimant.

This Award is in full settlement of all claims submitted to this arbitration. All claims not expressly granted herein are hereby, denied.

12/20/10
/Date/

_____
Harry T. Mondoil

Re: 14 114 E 00661 10
　　AAMCO Transmissions, Inc.　　　　　(Claimant)
　　and
　　David L. Borneman　　　　　　　　　(Respondent)

I, Harry T. Mondoil, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_12/20/10_　　　　　　　　　　　　_[signature]_
　　Date　　　　　　　　　　　　　　Harry T. Mondoil